# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Phoenix Management, Inc. | ) | ASBCA No. 61943 |
| | ) | |
| Under Contract No. W52P1J-13-G-0078 | ) | |

APPEARANCES FOR THE APPELLANT:     Johnathan M. Bailey, Esq.
                                                                  Hector M. Benavides, Esq.
                                                                    Bailey & Bailey, P.C.
                                                                    San Antonio, TX

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                                                     Army Chief Trial Attorney
                                                                     MAJ Wayne T. Branom III, JA
                                                                     Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Appellant has requested, and the government does not object to, dismissal of this appeal without prejudice. Accordingly, it has been dismissed from the Board's docket.

Dated: May 15, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61943, Appeal of Phoenix Management, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals